## PERRY v. FURNITURE CO.

No. 93 PC.

No. 27 (Fall Term).

Case below: 35 N.C. App. 518.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 8 May 1978.

## ROGERS v. ROGERS

No. 106 PC.

Case below: 35 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978. Appeal by defendant dismissed ex mero motu 8 May 1978.

## SMITH v. EXPRESS CO.

No. 22 PC.

Case below: 34 N.C. App. 694.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 8 May 1978. Judgment vacated and case remanded to Court of Appeals for further consideration in light of *Wiles v. Construction Co.*, 295 N.C. 81, 8 May 1978.

## STATE v. ALLEN

No. 98 PC.

Case below: 35 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

## STATE v. BARNER

No. 89 PC.

Case below: 35 N.C. App. 412.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.